HAL TAYLOR, ESQUIRE
NV Bar ID: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone:    (775) 825-2223
Facsimile:    (775) 329-1113
Email:        haltaylorlawyer@gbis.com

*Attorney for Plaintiff, Michael J. Vidaurri*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
(LAS VEGAS)

| | |
|---|---|
| MICHAEL J. VIDAURRI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil Docket No. 2:21-cv-01963-CDS-DJA<br><br>Assigned to Judge Jennifer A. Dorsey<br><br>Referred to Judge Daniel J. Albregts |

PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF ON OR BEFORE MAY 11, 2022

Plaintiff, through his undersigned counsel, hereby moves this Court for an extension of time of thirty (30) days to file Plaintiff's Reply Brief on or before May 11, 2022.

1. Plaintiff's counsel has recently seen a significant increase in Disability appeals that have been initiated in Federal District Court.

2. Moreover, the wave of filings coincided with each other resulting in a large number of briefs all coming due at the same time.

3. The undersigned requests this extension of time to properly respond to all of Defendant's contentions, especially those regarding the constitutional rights of disability claimants.

**Vidaurri v. Kijakazi**          **MOTION FOR EXTENSION OF TIME**
**Civil Action No. 2:21-cv-00658-VCF**     **TO FILE PLAINTIFF'S REPLY BRIEF**

4. The matter before this Court is an important and deserves proper and complete briefing by the parties. The outcome of this case could potentially affect the rights of disabilitu applications throughout the nation.

5. There is no indication that granting the Plaintiff's Motion for Extension would result in any prejudice to the Defendant. In fact, counsel for SSA has indicated that they do not object to Plaintiff's request for additional time.

WHEREFORE, Plaintiff respectfully moves the Court for an order granting Plaintiff an extension of thirty (30) days to file his Reply Brief on or before May 11, 2022.

Respectfully submitted,

By: /s/ Hal Taylor
HAL TAYLOR, ESQUIRE
NV Bar ID: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone: (775) 825-2223
Facsimile: (775) 329-1113
Email: haltaylorlawyer@gbis.com

**IT IS SO ORDERED**.

DATED: April 14, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**Vidaurri v. Kijakazi**                                         MOTION FOR EXTENSION OF TIME
**Civil Action No. 2:21-cv-00658-VCF**           TO FILE PLAINTIFF'S REPLY BRIEF

CERTIFICATE OF SERVICE

I hereby certify that on the **11th day of April 2022**, a copy of the foregoing **Plaintiff's Motion for Extension** has been electronically filed and is available for viewing and downloading from the Electronic Case Filing system of this Court. The Social Security Administration's Office of the General Counsel and the United States Attorney's Office are registered to receive electronic service with the Electronic Case Filing system of this Court. Therefore, SSA and its counsel have been fully served and nothing further is required.

Respectfully submitted,

By: /s/ Hal Taylor
HAL TAYLOR, ESQUIRE
NV Bar ID: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone: (775) 825-2223
Facsimile: (775) 329-1113
Email: haltaylorlawyer@gbis.com

| | |
|---|---|
| **Vidaurri v. Kijakazi** | **MOTION FOR EXTENSION OF TIME** |
| **Civil Action No. 2:21-cv-00658-VCF** | **TO FILE PLAINTIFF'S REPLY BRIEF** |